Writ refused. The result is correct. As we construe the decision, it holds that a preliminary injunction without bond is proper pending a further hearing and final determination of the right to a permanent injunction based on the allegations of the petition.

239 So.2d 172

**Mrs. Mildred W. INABINET, wife of/and David S. Inabinet**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al.**

No. 50683.

Sept. 22, 1970.

Writ denied. On the facts found by the Court of Appeal, the result is correct.